IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO.: 3:24-cr-00070 CWR-LGI

JACOB W. VANLANDINGHAM

### ORDER GRANTING GOVERNMENT'S MOTION TO UNSEAL THE INFORMATION

THIS CAUSE having come before the Court on motion of the Government to Unseal the above styled matter, being fully advised in the premises, finds that said motion is well-taken and the same should be and is hereby granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the above styled matter is hereby unsealed.

SO ORDERED AND ADJUDGED this the 24th day of July, 2024.

s/LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE