

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                         CRIMINAL NO.:  3:24CR70-CWR-LGI

JACOB W. VANLANDINGHAM

## **ORDER**

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due

Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is

ORDERED to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373

U.S. 83 (1963), and its progeny.  The Government is also notified of the potential consequences

of violating this Order and the disclosure obligations.  The consequences include, but are not

limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving

adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in

contempt.

It is so ordered.

SIGNED, July 24, 2024 at Jackson, Mississippi.

_____
UNITED STATES MAGISTRATE JUDGE

_____
Assistant United States Attorney

_____
Defense Attorney