

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

VS.                                                      CRIMINAL NO.: 3:24cr70-CWR-LGI

JACOB W. VANLANDINGHAM

### ORDER CONTINUING CAUSE FOR PLEA AND SENTENCE

The defendant, having appeared for arraignment upon the Bill of Information in this case, and having expressed the desire to plead guilty to that information;

IT IS THEREFORE ORDERED:

That this cause be, and it is hereby continued until such time as the Court schedules for plea and sentencing. Pursuant to 18 U.S.C. Section 3161(h)(8)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh all other interests and that failure to grant such continuance would result in a miscarriage of justice, in that the defendant has expressed the desire to enter a plea of guilty so that it is unnecessary to set the case for trial, and therefore the interests of the public and the defendant in a speedy disposition of the charges will be served by continuing this matter until such time as the Court schedules defendant's guilty plea.

SO ORDERED AND ADJUDGED this the 24th day of July, 2024.

                                               s/LaKeysha Greer Isaac
                                               UNITED STATES MAGISTRATE JUDGE