# UNITED STATES DISTRICT COURT
for the



| United States of America | ) |
|---|---|
| v. | ) Case No. 3:24CR70-CWR-LGI |
| JACOB W. VANLANDINGHAM | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 07/24/2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Thomas M. Findley
*Printed name of defendant's attorney*

_____
*Judge's signature*

LaKeysha Greer Isaac
*Judge's printed name and title*
U.S. Magistrate Judge