IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
3 - NORTHERN DIVISION (Jackson)

| UNITED STATES | PLAINTIFF |
|---|---|
| VERSUS | CRIMINAL NO: 3:24cr70CWR-LGI |
| JACOB W. VANLANDINGHAM | DEFENDANT |

## NOTICE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that **Jamie Harrell** has been assigned as Probation Officer for Defendant JACOB W. VANLANDINGHAM and should be noticed of all future pleadings by adding as an Interested Party to said case.

**OR**

## NOTICE OF CHANGE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that _____ has been assigned as Probation Officer for Defendant _____ and should be noticed of all future pleadings by adding as an Interested Party to said case. Probation Officer _____ is no longer assigned to this defendant and should be terminated as an Interested Party for notice.

MARK D. QUARLES
CHIEF U.S. PROBATION OFFICER

By: /s/ Kevin D. Wright
Digitally signed by Kevin Wright
Date: 2024.07.30 17:07:42 -05'00'