UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA,

vs.                         CASE NO. 3:24-CR-70-CWR-LGI

JACOB VANLANDINGHAM,

    Defendant.
_____/

## **UNOPPOSED MOTION RE: TRAVEL**

The Defendant, Jacob Vanlandingham, has entered a plea of guilty and is awaiting sentencing. Mr. Vanlandingham is subject to conditions of release, including restrictions on traveling. The United States Attorney and the United States Probation Office stipulate to the following modification of the conditions of Pretrial Release, as they relate to domestic travel:

The parties agree that permission to travel domestically in the United States may be granted by the local Probation Officer in Tallahassee, Florida, Ms. Gabrielle McCoy. The Defendant has contacted counsel for the government, who has no objection to this motion.

                                                          Respectfully submitted,

                                                          /s/*Thomas M. Findley*
                                                          Thomas M. Findley
                                                          Florida Bar No. 797855
                                                          CARLTON FIELDS
                                                          215 South Monroe Street, Suite 500
                                                          Tallahassee, Florida 32301

Telephone: (850) 224-1585
Email: tfindley@carltonfields.com
rcbrown@carltonfields.com

*Attorney for Jacob Vanlandingham*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was e-filed electronically through CM/ECF on August 6, 2024, which furnished copies to all counsel of record.

*/s/Thomas M. Findley*
Attorney

## CERTIFICATE OF CONFERENCE

The Defendant has conferred with counsel for the government, who has no objection to this motion.

*/s/Thomas M. Findley*
Attorney