# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**UNITED STATES OF AMERICA**,

    *Plaintiff*,

v.

**JACOB W. VANLANDINGHAM**,

    *Defendant*.

CAUSE NO. 3:24-CR-70-CWR-LGI-1

## ORDER

Before the Court is the defendant's unopposed motion to modify the conditions of his pretrial release. Docket No. 20. The parties propose that the defendant's requests for domestic travel be submitted to and, if warranted, approved by his assigned U.S. Probation Officer in Tallahassee, Florida. *Id.*

The Court grants the motion with this addendum: although the defendant's request(s) for domestic travel will be submitted to and are subject to the approval of the assigned U.S. Probation Officer, the defendant must also (through counsel) notify the Court of each request submitted at the time permission to travel is sought.

**SO ORDERED**, this the 6th day of August, 2024.

    s/ Carlton W. Reeves
    UNITED STATES DISTRICT JUDGE